UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICIA HAMILTON,

                Plaintiff,

-against-

FRANK DEGENNARO and THE NEW YORK
CITY DEPARTMENT OF EDUCATION,

                Defendants.
-----------------------------------------------------------X

17 **CIVIL** 7170 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 25, 2019, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
         November 26, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court
                          BY:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/26/2019